

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:       In re Patti J. Wagner, as Guardian of Jenny Wagner, an Incapacitated Adult

Appellate case number:    01-15-00774-CV

Trial court case number:   2009-40925

Trial court:                269th District Court of Harris County

Relator, Patti J. Wagner, as Guardian of Jenny Wagner, an Incapacitated Adult, has filed a petition for a writ of mandamus in this Court. The Court requests a response to the petition from real parties in interest. The response, if any, is due no later than **Monday, October 5, 2015.**

It is so ORDERED.

Judge's signature: /s/ Terry Jennings

                ☑ Acting individually    ☐ Acting for the Court

Date: September 14, 2015